# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 10, 2010

141686 & (57)(58)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

In re BRATCHER, Minors.

SC: 141686
COA: 295727
Allegan CC Family Division:
09-044959-NA

_____/

On order of the Court, the motions for leave to file briefs amicus curiae are GRANTED. The application for leave to appeal the July 29, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. We do not resolve the issue raised by respondent mother and the amici concerning whether the assumption of jurisdiction over a child based on the admissions of one parent could ever violate the due process rights of another parent who objects to jurisdiction. In this case, respondent mother's own admissions to the petitions provided sufficient grounds for jurisdiction over the children.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 10, 2010

_____
Clerk

s1207